**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1163**

_____

BRADLEY TODD, a/k/a Leamon Bradley Todd,

Plaintiff - Appellant,

versus

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION;
CENTRAL INTELLIGENCE AGENCY; STATE OF SOUTH
CAROLINA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(3:05-cv-00922-MBS)

_____

Submitted:  July 19, 2006          Decided:  August 2, 2006

_____

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bradley Todd, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bradley Todd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). The magistrate judge recommended that relief be denied and advised Todd that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Todd failed to object to the magistrate judge's recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. <u>Wright v. Collins</u>, 766 F.2d 841, 845-46 (4th Cir. 1985); <u>see also</u> <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Todd has waived appellate review by failing to timely file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -